**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
―――――――――――――――――――――――――――――――――

**ROBERT BURNS,**

             Plaintiff,          20-cv-10518 (JGK)

    - against -             <u>ORDER</u>

**GABRIEL SCOTT ET AL.,**

             Defendants.
―――――――――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

    The parties should submit a status report by April 16, 2021.

**SO ORDERED.**

**Dated:**    **New York, New York**
             **March 1, 2021**          /s/ John G. Koeltl
                                       **John G. Koeltl**
                             **United States District Judge**