UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROBERT BURNS,

                Plaintiff,        20-cv-10518 (JGK)

    - against -                ORDER

GABRIEL SCOTT ET AL.,

                Defendants.

---

JOHN G. KOELTL, District Judge:

    The plaintiff is directed to move for a default judgment by an Order to Show Cause by August 6, 2021. The plaintiff's previous submissions contained errors. See notice from the Clerk after ECF No. 12.

SO ORDERED.

Dated:    New York, New York
           July 26, 2021

                                        /s/ John G. Koeltl
                                        John G. Koeltl
                                    United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/26/2021