UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ROBERT BURNS, *individually and on
behalf of others similarly situated,*

       *Plaintiff(s),*      **20-CV-10518 (JGK)**

  -against-

GABRIEL SCOTT, and
SHIFT HOSPITALITY LLC.        **CLERK'S CERTIFICATE**
                     **OF DEFAULT**
       *Defendant(s).*
-----------------------------------------------------------X

  I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on December 12, 2020 with the filing of a summons and complaint, and an Amended Complaint was later filed on December 14, 2020. A copy of the summons and amended complaint was served on defendant(s) SHIFT HOSPITALITY LLC on March 8, 2021 by personally serving Nancy Dougherty, Authorized Agent on the Office of the Secretary of State of the State of New York, *and proof of service was therefore filed on* March 9, 2021, *Doc. #*(*s*) 8.

  I further certify that the docket entries indicate that the defendant(s) SHIFT HOSPITALITY has not filed an answer or otherwise moved with respect to the Complaint herein. The default of the defendant(s) is/are hereby noted.


Dated: New York, New York

    _____, 20____            RUBY J. KRAJICK
                            Clerk of Court


                      By: _____
                           Deputy Clerk