UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────

ROBERT BURNS ET AL.,
              Plaintiffs,      20-cv-10518 (JGK)

    - against -             ORDER

GABRIEL SCOTT ET AL.,
              Defendants.
───────────────────────────────────

JOHN G. KOELTL, District Judge:

    The Clerk issued a Certificate of Default. ECF No. 18. The Court issued an Order to Show Cause Why a Default Judgment Should Not Be Issued. ECF No. 23. The defendant failed to respond. The plaintiff is therefore entitled to a default judgment. The case is referred to the Magistrate Judge for an inquest on damages.

SO ORDERED.
Dated:    New York, New York
          October 12, 2021

                                  /s/ John G. Koeltl
                                  John G. Koeltl
                              United States District Judge