UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROBERT BURNS, INDIVIDUALLY AND ON
BEHALF OF OTHERS SIMILARLY SITUATED,        20-cv-10518 (JGK)

                Plaintiff,        ORDER

   - against -

GABRIEL SCOTT AND SHIFT HOSPITALITY
LLC,

               Defendants.

---

JOHN G. KOELTL, District Judge:

    In the Report and Recommendation issued on July 27, 2022, ECF No. 32, Magistrate Judge Cave directed the plaintiff to serve a copy of the Report and Recommendation on the defendants and file proof of service on the docket by July 29, 2022. The plaintiff failed to do so. The plaintiff should file proof of service by August 19, 2022. The defendants must submit any objections to the Report and Recommendation within 14 days of service.

SO ORDERED.

Dated:   New York, New York
         August 12, 2022

                                              John G. Koeltl
                                    United States District Judge