UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ROBERT BURNS**,<br><br>                Plaintiff,<br><br>vs.<br><br>**GABRIEL SCOTT**, **et al.**<br><br>                Defendants. | Case No. **20-cv-10518 (JGK)** |

## [PROPOSED] ORDER

The Court, having considered the Defendant's Motion and the record herein, does hereby ORDER that:

[ ]     Gabriel Scott having been served on August 19, 2021; and

[ ]     Judgment is entered against Gabriel Scott jointly and severably; and/or

[ ]     _____.


IT IS SO ORDERED

_____


DATED:

_____