**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
────────────────────────────────

**ROBERT BURNS, INDIVIDUALLY AND ON**
**BEHALF OF OTHERS SIMILARLY SITUATED,**      20-cv-10518 (JGK)

              **Plaintiff,**                     <u>ORDER</u>

    - against -

**GABRIEL SCOTT AND SHIFT HOSPITALITY**
**LLC,**

              **Defendants.**
────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    In the Report and Recommendation issued on July 27, 2022, ECF No. 32, Magistrate Judge Cave recommended that the plaintiff be granted a default judgment against Shift Hospitality LLC, and that the plaintiff's claims against Gabriel Scott be dismissed without prejudice because the plaintiff never effected service on Scott. The plaintiff should serve a copy of the plaintiff's "response" to the Report and Recommendation and the plaintiff's proposed order, ECF Nos. 36 and 37, together with a copy of this Order, on the defendants and file proof of service on the docket by September 2, 2022.

    The defendants may file any objections to the Report and Recommendation, and any objections to the plaintiff's proposed order, within fourteen days of service of the proposed order.

```
     The plaintiff may reply seven days thereafter.

SO ORDERED.

Dated:    New York, New York
          August 26, 2022              /s/ John G. Koeltl
                                        John G. Koeltl
                                   United States District Judge
```