**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
ROBERT BURNS,

              Plaintiff,

  -against-                                     20 **CIVIL** 10518 (JGK)

                                                **JUDGMENT**

GABRIEL SCOTT, et al.,

              Defendants.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 17, 2022, judgment is entered as follows: (1) In favor of the plaintiff and against the defendant Shift Hospitality, LLC: (a) For damages in the amount of $148,608.10; and (b) For attorney's fees in the amount of $3,900; and (c) Post-judgment interest will accrue pursuant to 28 U.S.C. 1961; and (2) Dismissing the plaintiff's claims against defendant Scott without prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

      October 17, 2022

                                                             **RUBY J. KRAJICK**

                                                                     **Clerk of Court**

                                  **BY:**      *K. Mango*

                                                                     **Deputy Clerk**